## * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>       NORTHERN       </u>   DISTRICT OF   <u>       NEW YORK       </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:06-CV-1191 (LEK/DRH)**

**ERIC SUNDWALL; ROBERT PERKOWSKI;
ANGELO SCOTT; THE LIBERTARIAN PARTY
OF THE NEW YORK STATE,**

              **Plaintiffs,**

    v.

**NEIL W. KELLEHER,** *each individually and in their capacities as Commissioners of the New York State Board of Elections*; **DOUGLAS A. KELLNER,** *each individually and in their capacities as Commissioners of the New York State Board of Elections*; **EVELYN J. AQUILA,** *each individually and in their capacities as Commissioners of the New York State Board of Elections*; **HELENA MOSES DONOHUE,** *each individually and in their capacities as Commissioners of the New York State Board of Elections,*

              **Defendants.**

____   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_   **DECISION by COURT.**  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiffs, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated October 10, 2006.

**DATE:**  <u>October 10, 2006</u>                              **<u>LAWRENCE K. BAERMAN</u>**

      CLERK OF THE COURT

                                                        Scott A. Snyder
                                                        **Courtroom Deputy to the
                                                         Honorable Lawrence E. Kahn**